JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYDRAFACIAL LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>EMIRAMED USA LLC, a Delaware limited liability company, MIRAMEDTECH SP. Z.O.O, a Polish limited liability company, and MIRAMEDTECH UG, a German limited liability company,<br><br>       Defendants. | Case No. 8:24-cv-01865-FWS-ADS<br><br>**JUDGMENT** |

///

///

///

1

# JUDGMENT

On March 20, 2025, the court issued an order granting Plaintiff HydraFacial LLC's ("Plaintiff") request to enter default judgment and permanently enjoin Defendants MIRAmedtech SP. Z.O.O. and MIRAmedtech UG and denying Plaintiff's request to enter default judgment as to Defendant eMIRAmed USA, LLC. (Dkt. 42) Pursuant to Federal Rule of Civil Procedure 54(b), the court finds that there is no just reason to delay entry of judgment as to Defendants MIRAmedtech SP. Z.O.O. and MIRAmedtech UG. Fed. R. Civ. P. 54(b). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of Plaintiff and against Defendants MIRAmedtech SP. Z.O.O. and MIRAmedtech UG on Plaintiff's claims for direct patent infringement under 35 U.S.C. § 271(a).

2. Defendants MIRAmedtech SP. Z.O.O. and MIRAmedtech UG, as well as their officers, directors, agents, servants, employees, and attorneys, and those persons in active concert or participation with Defendants MIRAmedtech SP. Z.O.O. and MIRAmedtech UG, are **PERMANENTLY ENJOINED** from: (1) making, using, selling, offering to sell, and/or importing into the United States the MIRApeel systems; and (2) infringing United States Patent Nos. 9,550,052; 11,446,477; 11,865,287; and 12,053,607 in violation of 35 U.S.C. § 271(a).

Dated: March 21, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE